IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RODNEY SMITH**                                                                      **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 1:16-cv-84-JCG**

**ROB WILLIAMS, et al.**                                          **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered on August 17, 2017 dismissing with prejudice Plaintiff's claims pursuant to 42 U.S.C. §1983 against Pearl River County, Mississippi, and dismissing without prejudice Plaintiff's claims against Rob Williams and his state law claims against Pearl River County, Mississippi, this civil action against Defendants Rob Williams and Pearl River County, Mississippi should be dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff's claims pursuant to 42 U.S.C. §1983 against Pearl River County, Mississippi are dismissed with prejudice, and Plaintiff's claims against Rob Williams and his state law claims against Pearl River County, Mississippi are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is assessed a strike under 28 U.S.C. § 1915(g).

**SO ORDERED** this the 17th day of August, 2017.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE